

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

_Discharged_

RE: WR-82,307-02

JEREMY ALGANON WILLIAMS
TDC # 1920504

HUNTSVILLE, TX